**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Aaron D. Moyer<br>　　　　　　Debtor | CHAPTER 13<br><br>BKY. NO. 19-13026 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/ Kevin G. McDonald, Esq.**
                      Kevin G. McDonald, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322