IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Aaron D. Moyer | Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust  vs. | Movant | NO. 19-13026 JKF |
| Aaron D. Moyer | Debtor(s) | |
| Beryl Handler | Co-Debtor | 11 U.S.C. Section 362 and 1301 (c) |
| Scott Waterman | Trustee | |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, It is hereby

ORDERED, that the automatic stay is terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to pursue its state court rights with regard to the 2016 Toyota Highlander, VIN: 5TDJKRFH0GS282468 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 17th   day of   July   , 2019.

_____
United States Bankruptcy Judge.
Jean K. FitzSImon

cc: See attached service list

Aaron D. Moyer
206 North 7th Street
Perkasie, PA 18944-4000

Beryl Handler
206 N. 7th St
Perkasie, PA 18944

Jon M. Adelstein, Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532