## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Aaron D. Moyer | Debtor(s) | CHAPTER 13 |
| Quicken Loans Inc. | Movant | |
| vs. | | NO. 19-13026 JKF |
| Aaron D. Moyer | Debtor(s) | |
| Blake Moyer | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Scott Waterman | Trustee | |

# ORDER

AND NOW, this 29th day of August, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 206 North 7th Street, Perkasie, PA 18944 ("Property).

_____
United States Bankruptcy Judge.

Jean K. FitzSimon

Aaron D. Moyer
206 N. 7Th Street
Perkasie, PA 18944

Blake Moyer
206 N. 7Th Street
Perkasie, PA 18944

Jon M. Adelstein Esq.
350 South Main Street
Suite 105
Doylestown, PA 18901

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532