United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-13026-jkf
Aaron D. Moyer                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD          Page 1 of 1          Date Rcvd: Aug 29, 2019
                              Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db             +Aaron D. Moyer,   206 N. 7th St.,   Perkasie, PA 18944-1415
               +KML Law Group, P.C.,   Suite 5000-BNY Mellon Independence Cente,   701 Market Street,
                 Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
              ##+Blake Moyer,   206 N. 7th Street,   Perkasie, PA 18944-1415
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
              JON M. ADELSTEIN    on behalf of Debtor Aaron D. Moyer jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Aaron D. Moyer | Debtor(s) | CHAPTER 13 |
| Quicken Loans Inc. vs. | Movant | NO. 19-13026 JKF |
| Aaron D. Moyer | Debtor(s) | |
| Blake Moyer | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Scott Waterman | Trustee | |

## ORDER

AND NOW, this 29th day of August, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 206 North 7th Street, Perkasie, PA 18944 ("Property).

United States Bankruptcy Judge.

Jean K. FitzSimon

Aaron D. Moyer
206 N. 7Th Street
Perkasie, PA 18944

Blake Moyer
206 N. 7Th Street
Perkasie, PA 18944

Jon M. Adelstein Esq.
350 South Main Street
Suite 105
Doylestown, PA 18901

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532