United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-13026-jkf
Aaron D. Moyer                                                         Chapter 13
        Debtor              **CERTIFICATE OF NOTICE**

District/off: 0313-2         User: TashaD              Page 1 of 2           Date Rcvd: Sep 18, 2019
                             Form ID: pdf900           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db         +Aaron D. Moyer,   206 N. 7th St.,   Perkasie, PA 18944-1415
14322628   #Alltran Financial, LP,   PO Box 610,   Sauk Rapids, MN 56379-0610
14322629    Bank of Missouri,   298 Conrad St.,   Marble Hill, MO 63764
14322631   +KML Law Group< PC,   Suite 5000,   Mellon Independence,   701 Market Street,
             Philadelphia, PA 19106-1541
14322633    Quicken Loans,   PO Box 6577,   Carol Stream, IL 60197-6577
14325980   +Quicken Loans Inc.,   c/o KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
             Philadelphia, PA 19106-1541
14334232   +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
             Addison, Texas 75001-9013
14336195   +Toyota Lease Trust,   c/o Rebecca A Solarz, Esquire,   KML Law Group, P.C.,
             701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14322634   +Verizon,   PO Box 60770,   Oklahoma City, OK 73146-0770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:30    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:09:55
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2019 03:10:22    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:14    Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14352011   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2019 03:19:36
             Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14322632   +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:19:23    LVNV Funding, LLC,
             P. O. Box 10497,   Greenville, SC 29603-0497
14325339    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:18:04    LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14359497    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:37:32
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14345676   +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 19 2019 03:10:18    Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14346421   +E-mail/Text: bankruptcyteam@quickenloans.com Sep 19 2019 03:10:21    Quicken Loans Inc.,
             635 Woodward Avenue,   Detroit, MI 48226-3408
14323335   +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:14    Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14322630        Deadre Lee Levy
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                              Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0313-2          User: TashaD                Page 2 of 2                  Date Rcvd: Sep 18, 2019
                              Form ID: pdf900             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
          JON M. ADELSTEIN    on behalf of Debtor Aaron D. Moyer jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

AARON D. MOYER

                                          : Chapter 13

        Debtor(s)                         : Bankruptcy No. 19-13026JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

**Date: September 18, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JON M ADELSTEIN ESQ
350 S MAIN STREET
SUITE 105
DOYLESTOWN PA 18901-

AARON D. MOYER
206 N. 7TH ST.
PERKASIE, PA 18944-4000